UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Todd C. Newman,

                Plaintiff,                             Case No. 11-14788

v.                                             Hon. Nancy G. Edmunds

Trott & Trott, P.C., Marcy J. Ford,
David A. Trott, Kenneth E. Krurel,
and John and Jane Does 1-10,

                Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

        This matter has come before the Court on the Magistrate Judge's Report and

Recommendation.  Being fully advised in the premises and having reviewed the record and the

pleadings, including the Report and Recommendation and any objections thereto, the Court

hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is

further ordered that Defendants' Motion for Summary Judgment/Dismissal [#20] is GRANTED

and that Plaintiff's Amended Complaint is hereby DISMISSED.

        SO ORDERED.


                                s/Nancy G. Edmunds_____
                                Nancy G. Edmunds
                                United States District Judge

Dated:  August 24, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or
counsel of record on August 24, 2012, by electronic and/or ordinary mail.

                                s/Carol A. Hemeyer_____
                                  Case Manager